O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:14cr00684-CAS - 15 |
|     Plaintiff, | ) | |
| v. | ) | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| GILBERT LOPEZ, | ) | |
|     Defendant. | ) | |

On March 13, 2025 and July 7, 2025, this matter came before the Court on Petition on Probation and Supervised Release originally filed on February 20, 2025. Government counsel, Christopher Kendall, the defendant and his appointed CJA appointed attorney, Robert Bernstein, were present. The U.S. Probation Officer, Wendy Wong, was also present.

The defendant admitted allegations 1, 2, and 3 in violation of his supervised release as stated in the petition filed February 20, 2025. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 6, 2019.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked and reinstated, under the same terms and conditions previously imposed.

///

///

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:   July 10, 2025

*Christina A. Snyder*
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH
CLERK OF COURT

By: *Catherine M. Jeang*
Catherine M. Jeang, Deputy Clerk