O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:14cr00684-CAS - 15 |
| Plaintiff, | |
| v. | FINAL REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |
| GILBERT LOPEZ, | |
| Defendant. | |

On January 20, 2026, this matter came before the Court on Petition on Probation and Supervised Release originally filed on January 5, 2026. Government counsel, Christopher Kendall, the defendant and his appointed CJA appointed attorney, Robert Bernstein, were present. The U.S. Probation Officer, Juan Sandoval, was also present.

The defendant admitted allegations 1, 2, 3, 4, 6, and 7, in violation of his supervised release as stated in the petition filed January 5, 2026. The defendant denied allegation 5, as stated in the petition filed January 5, 2026. The Court granted the government's request to dismiss allegation 5, as stated in the petition filed January 5, 2026. The Court finds that the defendant is in violation of the terms and conditions of his supervised release imposed on May 6, 2019; March 24, 2025; and July 18, 2025.

///

///

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, the defendant's supervised release is hereby revoked.  Defendant is hereby committed to the custody of the Bureau of Prisons for a term of eight (8) months, with no supervision to follow.  Defendant is ordered to surrender himself to the United States Marshal, on or before 12 noon, on February 3, 2026.

IT IS FURTHER ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED:      January 20, 2026

CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

BRIAN D. KARTH
CLERK OF COURT

By:  Catherine M. Jeang, Deputy Clerk

2